# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Rick Hibbert vs. MC Realty Group, LLC, et al

**The Clerk will enter my appearance as Counsel in Appeal No.** 25-2955 **for the following party(s): (please specify)**

MC Realty Group, LLC; JanCo FS3 LLC d/b/a Velociti Services

☐ Appellant(s)  ☐ Petitioner(s)  ☑ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Sean R. Cooper    s/: Sean R. Cooper

Firm Name: Krigel Nugent + Moore, P.C.

Business Address: 4520 Main St., Ste. 700

City/State/Zip: Kansas City, MO 64111

Telephone Number (Area Code): (816) 756-5800

Email Address: scooper@knmlaw.com

### CERTIFICATE OF SERVICE

☑ I hereby certify that on 10/10/2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: