# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| RICK HIBBERT, | ) | |
| | ) | |
|    *Appellant,* | ) | |
| | ) | |
| v. | ) | Appeal No. 25-2955 |
| | ) | |
| MC REALTY Group, LLC, and | ) | |
| JANCO FS3 d/b/a VELOCITI | ) | |
| SERVICES, | ) | |
| | ) | |
|    *Appellees.* | ) | |

## CERTIFICATE OF WAIVER

COME NOW Plaintiff Rick Hibbert, by and through his counsel of record, and certifies pursuant to Federal Rule of Appellate Procedure 10(b), that no transcripts will be ordered.

 

Respectfully Submitted,

**CORNERSTONE LAW FIRM**

By:*/s/ Katherine L. Cooper*
M. Katherine Paulus    MO 60217
Katherine Cooper  MO 75514
m.paulus@cornerstonefirm.com
k.cooper@cornerstonefirm.com
5821 NW 72nd Street
Kansas City, Missouri 64151
Telephone:  (816) 581-4040
Facsimile:  (816) 741-8889

**ATTORNEYS FOR APPELLANT**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 16th day of October 2025, the foregoing instrument was filed with the Court's electronic filing system, which sent notice of such filing to all counsel of record.

/s/ *Katherine L. Cooper*
**ATTORNEY FOR APPELLANT**