

February 11, 2026

Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

**FILED VIA ECF ONLY**

**Re: 25-2955 Rick Hibbert v. MC Realty Group, LLC, et. al.,
Oral Argument Scheduling Conflict**

To Whom it May Concern,

Counsel for Appellant Rick Hibbert has scheduling conflicts on March 19–20, 2026, due to pre-paid out-of-state travel, and on April 16, 2026, due to a personal family matter. Counsel also has a jury trial scheduled for April 20–24, 2026, and will be engaged in trial preparation during the week of April 13–17, 2026, creating an additional conflict with those oral argument dates.

Counsel for Appellant respectfully appreciates the Court's consideration of this request.

Very Respectfully,

Katherine L. Cooper